1 | BENJAMIN B. WAGNER
   | United States Attorney
2 | ELANA S. LANDAU
   | Assistant U.S. Attorney
3 | 4401 Federal Building
   | 2500 Tulare Street
4 | Fresno, California 93721
   | Telephone:  (559) 497-4000
5 |
6 |
7 |



FILED

DEC 03 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:09 CR 00466 OWW

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| MICHAEL MINJAREZ, et al., | CRIMINAL PROCEDURE |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the
Federal Rules of Criminal Procedure, to order and direct that the
Indictment returned by the Grand Jury on December 3, 2009,
charging the above defendants with a violation of Title 18, United
States Code, Sections 2113(a) & (d)-Armed Bank Robbery and other
charges be kept secret until the defendants named in the
Indictment are either in custody or have been given bail on these
offenses; and further order that until such time as the defendants
are in custody or have been given bail, that no person shall
disclose the finding of the Indictment or any warrants issued

///

///

1

1  pursuant thereto, except when necessary for the issuance and

2  execution of the warrant.

3

4  DATED: December 3, 2009               Respectfully submitted,

5                                        BENJAMIN B. WAGNER
                                         United States Attorney
6
                                         By
7                                           ELANA S. LANDAU
                                         Assistant U.S. Attorney
8

9  IT IS SO ORDERED this   3   day of December, 2009.

10

11                                       _____
                                         U.S. Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28