DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL MINJAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-00466 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE  AND ORDER THEREON |
| v. | ) | |
| MICHAEL MINJAREZ and LISA MINJAREZ, | ) | Date:     May 17, 2010<br>Time:     9:00 a.m.<br>Judge:    Hon. Oliver W. Wanger |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA LANDAU, Assistant United States Attorney, counsel for plaintiff, ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Michael Minjarez, and CARL A. FALLER, counsel for defendant Lisa Minjarez that the date for status conference may be continued to May 17, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is April 12, 2010.  The requested new date is May 17, 2010.**  The parties are engaged in plea negotiations but no plea has yet been proffered.  Additional time is requested to allow for the receipt and consideration of anticipated plea offers.  Additional time is also needed for further investigation in the event that a negotiated settlement is not achieved.

The parties agree that the delay resulting from the continuance shall be excluded as necessary

///

for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: April 8, 2010       By /s/ ELANA LANDAU
ELANA LANDAU
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 8, 2010       By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Michael Minjarez

DATED: April 8, 2010       By /s/ Carl A. Faller
CARL A. FALLER
Attorney for Defendant
Lisal Minjarez

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

**Dated:   April 8, 2010**             /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE