DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL MINJAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-00466 OWW |
| *Plaintiff,* | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE, SET NEW MOTION |
| v. | ) ) | BRIEFING SCHEDULE, AND ORDER THEREON |
| MICHAEL MINJAREZ and LISA MINJAREZ, | ) ) ) | Date:     October 25, 2010 Time:     9:00 a.m. |
| *Defendants.* | ) ) | Judge:    Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA LANDAU, Assistant United States Attorney, counsel for plaintiff, ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Michael Minjarez, and CARL A. FALLER, counsel for defendant Lisa Minjarez that the date for status conference may be continued to October 25, 2010, or the soonest date thereafter that is convenient to the court.  It is further requested that new motion briefing schedule be set.  The parties requested that additional motions may be filed by September 27, 2010, and that any response thereto may be filed by October 18, 2010.  **The date currently set for status conference is August 30, 2010.  The requested new date is October 25, 2010.**

A defense discovery motion is pending but the parties are resolving matters informally.  It is

1  requested that hearing on the motion be continued to October 25, 2010.  Additional time is requested to
2  allow for the filing of substantive motions..
3       The parties agree that the delay resulting from the continuance shall be excluded as necessary
4  for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and for ruling on the
5  motions pursuant to 18 U.S.C. § 3161(h)(1)(D).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: August 26, 2010              By /s/ Elana Landau
                                              ELANA LANDAU
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: August 26, 2010              By /s/ Eric V. Kersten
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Michael Minjarez

DATED: August 26, 2010              By /s/ Carl A. Faller
                                              CARL A. FALLER
                                              Attorney for Defendant
                                              Lisa Minjarez

# O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

**Dated:   August 26, 2010**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE