DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL MINJAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-00466 OWW |
|---|---|---|
| Plaintiff, | ) ) | **AMENDED** STIPULATION TO CONTINUE PRE-TRIAL MOTION FILING AND HEARING DATES, ORDER THEREON |
| v. | ) ) | |
| MICHAEL MINJAREZ and LISA MINJAREZ, | ) ) ) | Date:  February 14, 2011 Time:  9:00 a.m. Judge: Hon. Oliver W. Wanger |
| *Defendants*. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA LANDAU, Assistant United States Attorney, counsel for plaintiff; ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Michael Minjarez; and CARL A. FALLER, counsel for defendant Lisa Minjarez that a new motion briefing schedule may be set, and that the date for the status conference/hearing on pre-trial motions may be continued to February 14, 2011, or the soonest date thereafter that is convenient to the court.  The parties request that additional motions may be filed by January 17, 2011, and that any response thereto may be filed by February 7, 2011.  **The date currently set for status conference is January 10, 2011.  The requested new date is February 14, 2011.**

**This request pertains solely to the pre-trial motion filing and hearing dates.  Other pending dates will not be affected.  The current motions in limine filing dates, the March 28, 2011 trial confirmation/motions in limine hearing date, and the April 19, 2011 trial date will remain as set.**

This continuance is requested to allow time for the defense to receive additional discovery and conduct additional investigation prior to filing pre-trial motions.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and for ruling on the motions pursuant to 18 U.S.C. § 3161(h)(1)(D).

BENJAMIN B. WAGNER
United States Attorney

DATED: December 13, 2010       By /s/ Elana Landau
                               ELANA LANDAU
                               Assistant United States Attorney
                               Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 13, 2010       By /s/ Eric V. Kersten
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Attorney for Defendant
                               Michael Minjarez

DATED: December 13, 2010       By /s/ Carl A. Faller
                               CARL A. FALLER
                               Attorney for Defendant
                               Lisa Minjarez

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

**Dated:   December 13, 2010**           /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE