UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL MINJAREZ,<br><br>                Defendant. | 1:09-CR-00466-OWW<br><br>ORDER TO JUROR ADMINISTRATOR RE: JUROR PARKING |

The jury in this case has, as of April 21, 2011, served three days. It is expected that there will be an additional two days of trial.

The Court, in its discretion, directs that the Jury Administrator for the Fresno Division of the Eastern District of California provide Juror Alvin Witt, Juror No. 2, with a parking lot closer to the Court facility due to health concerns.

IT IS SO ORDERED.

Dated:   April 21, 2011                           /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE