PHILLIP A. TALBERT
Acting United States Attorney
DAWARENCE W. RICE JR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00466-LJO |
|---|---|
| Plaintiff, | REQUEST FOR EXTENTION OF TIME TO FILE RESPONSE TO 2255 AND ORDER THEREON |
| v. | |
| MICHAEL MINJAREZ, | |
| Defendant. | |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and DAWRENCE W. RICE, Assistant United States Attorney, hereby requests an extension of time to respond to the defendant's Motion to Vacate or Set Aside Conviction. The Court previously ordered the government's response due on September 26, 2016. However, neither of the government attorneys previously assigned to this matter, and noticed by ECF, are currently employed here. I have been assigned to respond to the defendant's motion and request an extension of time until October 21, 2016 to do so.

//

//

//

REQUEST FOR EXTENSION OF TIME                               1

1 | My legal assistant and Kathleen A. Servatius contacted counsel for the defendant, Peggy Sasso, and she had no objection to the request.

DATED: October 17, 2016

/s/Dawrence W. Rice, JR
DAWRENCE W. RICE, JR
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated:   **October 18, 2016**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE

REQUEST FOR EXTENSION OF TIME                    2