HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL MINJAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-466-LJO |
| Plaintiff, | STIPULATION TO CONTINUE RE-SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| MICHAEL MINJAREZ, | |
| Defendant. | |

**STIPULATION**

On March 14, 2019, this Court granted defendant Michael Minjarez's Motion to Vacate, Correct, or Set Aside a Sentence under 28 U.S.C. § 2255 and set re-sentencing for Minjarez for April 29, 2019, at 9:00 a.m. (Dkt. 131.) The United States filed a Motion to Reconsider on March 28, 2019, asking the Court to reconsider its memorandum decision and order. (Dkt. 133.) In addition, counsel for the United States was recently assigned to this case and has a pre-existing conflict on April 29, 2019, that will prevent him from being at the re-sentencing hearing as currently scheduled. Based on the Motion to Reconsider and the need to continue re-sentencing, the parties hereby stipulate to the following schedule:

April 22, 2019: Michael Minjarez files Response to the United States' Motion to Reconsider;

May 6, 2019, 9:00 a.m.: Argument on Motion to Reconsider and/or Re-Sentencing.

IT IS SO STIPULATED.

Dated:  April 1, 2019  /s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated:  April 1, 2019  /s/ PEGGY SASSO
PEGGY SASSO
Counsel for Defendant
MICHAEL MINJAREZ

**FINDINGS AND ORDER**

IT IS SO FOUND and GRANTED.

IT IS SO ORDERED.

Dated:  **April 2, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE