# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:09-cr-00466-LJO-1 |
|---|---|
| Plaintiff-Respondent, | **SCHEDULING ORDER RE: MOTION FOR RECONSIDERATION OF MEMORANDUM DECISION AND ORDER GRANTING PETITIONER'S § 2255 MOTION** |
| v. | |
| MICHAEL MINJAREZ | |
| Defendant-Petitioner. | (ECF No. 133) |

Om March 14, 2019, the Court issued an order granting Petitioner Michael Minjarez's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. ECF No. 131. On March 28, 2019, the Government moved for reconsideration of that order, arguing that recent Ninth Circuit case law, decided after the parties had submitted their briefing, merits reconsideration of the Court's conclusion that Petitioner's motion was timely. ECF No. 133.

The Court believes that the issue merits a response from Petitioner. Accordingly, Petitioner shall file a responsive brief, in any, on or before **May 1, 2019**. The Court does not at this time authorize the filing of a reply from the Government.

In addition, Petitioner's resentencing hearing, currently scheduled for April 29, 2019, is **VACATED**. The hearing will be rescheduled, if necessary, after the Court has considered and ruled on the issues raised in the Government's motion for reconsideration.

IT IS SO ORDERED.

Dated: __**April 1, 2019**__   _____/s/ Lawrence J. O'Neill_____
  UNITED STATES CHIEF DISTRICT JUDGE

1