McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:09-CR-466-NONE |
|---|---|
| Plaintiff, | MOTION TO WITHDRAW MOTION FOR RECONSIDERATION OF COURT'S ORDER GRANTING § 2255 MOTION; ORDER |
| v. | |
| MICHAEL MINJAREZ, | |
| Defendant. | |

Michael Minjarez filed a Section 2255 motion on June 24, 2016.  ECF No. 121.  This Court entered an order granting Minjarez's motion on March 13, 2019, and ordered a limited resentencing process.  ECF No. 131.  Following the Court's order, the United States filed a motion for reconsideration.  ECF No. 133.  Minjarez opposed the motion for reconsideration, and the Court vacated the resentencing hearing and took the matter under submission.  ECF Nos. 138, 139.  The United States now moves to withdraw its Motion for Reconsideration and to proceed to resentencing in this matter.

Dated: October 27, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney


**FINDINGS AND ORDER**

The United States' Motion for Reconsideration (ECF No. 133) is hereby WITHDRAWN. This matter is scheduled for resentencing on December 4, 2020, at 10:30 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated: **November 6, 2020**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE