1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  PEGGY SASSO, #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721
   Telephone:  (559) 487-5561
5  Fax:   (559) 487-5950

6  Attorneys for Defendant
   MICHAEL MINJAREZ
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            CASE NO.  1:09-CR-466-NONE

12                       Plaintiff,      STIPULATION TO VACATE RE-SENTENCING
                                         HEARING AND SET STATUS CONFERENCE;
13            v.                         FINDINGS AND ORDER

14  MICHAEL MINJAREZ,

15                       Defendant.

16

17                              **STIPULATION**

18         On March 14, 2019, Judge O'Neill granted defendant Michael Minjarez's Motion to Vacate,

19  Correct, or Set Aside a Sentence under 28 U.S.C. § 2255.  The government filed a motion for

20  reconsideration, which it subsequently moved to withdraw.  On November 6, 2020, this Court granted

21  the government's motion to withdraw and set the matter for re-sentencing on December 4, 2020 at 10:30

22  a.m.  Given that this case presents complicated legal and factual issues, the parties have begun

23  discussions to explore whether a joint resolution is possible.  The parties need additional time to assess

24  what might be possible.  Because (1) a joint resolution would save considerable judicial resources, (2)

25  neither party believes this case will resolve with a sentence close to time-served, and (3) if the parties do

26  not reach a resolution defense counsel will need in-person access to her client, the parties are requesting

27  that the sentencing hearing currently scheduled for December 4, 2020 be VACATED, and the matter be

28  set for a STATUS CONFERENCE on January 15, 2021.  By that date, the parties should have a good

                                            1
       STIPULATION TO CONTINUE RE-SENTENCING
       HEARING; FINDINGS AND ORDER

1   sense of which way this matter is proceeding, and what a schedule would look like if the parties are not

2   able to reach a resolution.

3          IT IS SO STIPULATED.

4

5

6

7   Dated:  November 19, 2020                    *s/ Ross Pearson*
                                                 ROSS PEARSON
8                                                Assistant United States Attorney

9

10

11  Dated:  November 19, 2020                    *s/ Peggy Sasso*
                                                 PEGGY SASSO
12                                               Counsel for Defendant
                                                 MICHAEL MINJAREZ
13

14

15

16                              **FINDINGS AND ORDER**

17         IT IS SO ORDERED the sentencing hearing currently scheduled for December 4, 2020 be

18  VACATED, and the matter be set for a STATUS CONFERENCE on January 15, 2021 at 10:30 AM in

19  Courtroom 4 (DAD) before District Judge Dale A. Drozd.

20  IT IS SO ORDERED.

21

22     Dated:    **November 19, 2020**          _____
                                                UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28