PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MINJAREZ,<br><br>Defendant. | CASE NO. 1:09-CR-00466-NONE<br><br>STIPULATION FOR RELEASE OF DOCUMENTS; FINDINGS AND ORDER<br><br>DATE: June 4, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for resentencing on June 4, 2021. On May 7, 2021, defendant Michael Minjarez filed formal objections to the Presentence Report. ECF No. 151. One of Minjarez's objections relates to the date on which the Bureau of Prisons determined that Minjarez went into federal custody for purposes of calculating the amount of time he has served towards his federal sentence. ECF No. 151 at 1–2.

2. The parties are aware that the United States Probation Office is in possession of two documents obtained from the BOP's Designation and Sentence Computation Center regarding Minjarez's sentence computation. The parties believe these documents will assist them and the Court in addressing Minjarez's objection to the PSR and determining whether BOP has correctly calculated

Minjarez's time credits.

3. Because these documents are in possession of the United States Probation Office, a court order is needed for their release. As such, the parties hereby stipulate and ask the Court to order that the United States Probation Office provide to the parties the two documents obtained from the BOP's Designation and Sentence Computation Center regarding Minjarez's sentence computation.

IT IS SO STIPULATED.

Dated: May 26, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: May 26, 2021

/s/ PEGGY SASSO
PEGGY SASSO
CHARLES LEE
Counsel for Defendant
MICHAEL MINJAREZ
(Authorized by email on May 26, 2021)

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: __**May 26, 2021**__

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE